■ GALIT SCHLOSS, Respondent, v STEW LEONARD'S YONKERS, LLC, Appellant. [804 NYS2d 922]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered April 26, 2005, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

The record raises a triable factual issue as to whether an employee of defendant created the alleged hazard by either placing a "U-boat" dolly behind plaintiff or leaving it unattended in a shopping aisle of defendant's store. In this connection we note the deposition testimony of the store's security supervisor in which he stated that the "U-boat" dollies were used to transport products from the store's warehouse to the retail area for shelving and were not for customer use (*see Burgos v Aqueduct Realty Corp.*, 92 NY2d 544, 550 [1998]; *Healy v ARP Cable*, 299 AD2d

152, 154 [2002]). Concur—Tom, J.P., Marlow, Gonzalez and Sweeny, JJ.